ROBERT ELLIS v. THEODORE F. CURTIS.[1]

November 22, 1907.

Nos. 15,455—(87).

Action in the municipal court of Minneapolis to recover $500 damages for injuries to plaintiff's horse and buggy caused by defendant's wilful negligence in driving an automobile. The case was tried before C. L. Smith, J., and a jury which rendered a verdict in favor of plaintiff for $300. From an order granting defendant's motion for a new trial, plaintiff appealed. Affirmed.

A. C. Middelstadt, for appellant.

R. L. Penney, for respondent.

PER CURIAM.

The appellant was damaged by being run into by an automobile, which injured his horse and buggy. He recovered a verdict for $300. The trial court granted a new trial on the ground that the verdict was not sustained by the evidence. The issue was whether the respondent, the owner of the automobile, was present when the accident occurred; the respondent claiming that the machine was then being used by a person who was not at the time in his em-

[1] Reported in 113 N. W. 1134.

ploy and not engaged in his business. As the evidence was not manifestly and palpably in favor of the verdict, the order of the trial court will not be disturbed.

Order affirmed.